UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

DATE OF 341 MEETING: **January 13, 2022**     CASE NO: __21-24823__
IN RE: __RUIZ, Bianca Kaylene__     HON.: __WTT__

## CHAPTER 7 SECTION 341 MEETING REPORT

**NOTWITHSTANDING THE DEFICIENCIES NOTED BELOW, THE TRUSTEE RECOMMENDS THAT THE CASE NOT BE DISMISSED UNDER APPLICABLE LOCAL BANKRUPTCY RULES**

1. DEBTOR(S)
   [ ] Present, Sworn, Examined   [X] Not Present – Local Bankruptcy Rule ("LBR") 2003-1(a)
   [ ] Husband Present, Wife Not – LBR 2003-1(a)
   [ ] Wife Present, Husband Not – LBR 2003-1(a)
2. DEBTOR'S ATTORNEY
   [ ] Present   [ ] Not Present – LBR 2003-1(a)   [X] N/A (Pro Se)
3. MAILING MATRIX TIMELY FILED
   [ ] YES   [ ] NO – LBR 1007-1
4. DOMESTIC SUPPORT OBLIGATION MATRIX TIMELY FILED
   [ ] YES   [ ] NO – Bankr. D. Rule 1007-1(b)
5. NEW ADDRESS FOR DEBTOR?
   [ ] NO   [ ] YES -- Debtor and Attorney advised of duty to file written notice of change of address
6. FAILURE TO PROVIDE THE FOLLOWING DOCUMENTS UNDER LBR 4002-1(b) - (d):

   __last filed tax returns,__

9. MEETING: [ ] Concluded   [ ] Continued to: __Not Conducted__ (New 341 Date)
   due to failure of Debtor to file or provide to Trustee all required documents
10. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS:
    [X] a 341 hearing be rescheduled       [ ] a 341 hearing NOT be rescheduled

CREDITORS _____

__Stephen Rupp__
PRESIDING OFFICER

This detailed 341 meeting report has been mailed to the Debtor and Debtor's counsel at the addresses that appear on the Petition in this case. In addition, a copy has been delivered to the Office of the U.S. Trustee at Suite 300, 405 S. Main Street, Salt Lake City, UT 84111.

Date: __1/13/2022__      _____
                          Chapter 7 Trustee

In re:
**Bianca Kaylene Ruiz**          CASE NO. 21-24823 WTT
                                 CHAPTER 7

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on the January 13, 2022, I electronically filed the foregoing **CHAPTER 7 SECTION 341 MEETING REPORT/RECOMMENDATION FOR NO DISMISSAL NOTWITHSTANDING THE DEFICIENCIES NOTED,** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

Biana Kaylene Ruiz, biancakayleneruiz@gmail.com
Unites States Trustee, USTPRegion19.SK.ECF@usdoj.gov

**All other parties entitled to CM/ECF notice in this bankruptcy case**

## CERTIFICATE OF SERVICE – MAIL, OTHER

I hereby certify that on January 13, 2022, I caused to be served a true and correct copy of the foregoing **CHAPTER 7 SECTION 341 MEETING REPORT/RECOMMENDATION FOR NO DISMISSAL NOTWITHSTANDING THE DEFICIENCIES NOTED,** as follows:

*Mail Service - By regular first-class United States mail, postage fully pre-paid, addressed to:*

**Bianca Kaylene Ruiz**
1353 West Bison Drive
Riverton, UT 84065

**United States Trustee**
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111

                                        /s/ Dee Ann Stout