BIANCA KAYLENE RUIZ
1353 West Bison Drive
Riverton, Utah 84065
808-250-3396
biancakayleneruiz@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | ) Case No. 21-24823 |
| | ) Chapter 7 |
| BIANCA KAYLENE RUIZ, | ) |
| Debtor. | ) Honorable William T. Thurman |

## MOTION TO SHORTEN TIME BEFORE HEARING

The Debtor hereby moves the Court for an Order to shorten the time before the hearing regarding the Motion for Verification of Exempt Status of TSP Account for the following reasons:

1. This Order is needed before my Divorce Trial commencing 03-10-2022 (Kings County Superior Court, case no. 19FL-0112, Commissioner Brian N. Chase presiding).

2. Commissioner Chase has required this Order before he will garnish funds to allow me to retain an attorney for said Divorce Trial.

DATED: FEBRUARY 10, 2022

*Bianca Ruiz*
Bianca Kaylene Ruiz
Debtor In Pro Per
1353 West Bison Drive
Riverton, Utah 84065
808-250-3396
biancakayleneruiz@gmail.com