Stephen W. Rupp, #2824
Brian J. Porter, #14291
**MCKAY, BURTON & THURMAN, P.C.**
Gateway Tower West
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: srupp@mbt-law.com
E-mail: bporter@mbt-law.com.
*Attorneys for Stephen W. Rupp, Trustee of*
*the Chapter 7 Bankruptcy Estate of*
*Bianca Kaylene Ruiz*

**THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | Bankruptcy Case No. 21-24823 |
|---|---|
| BIANCA KAYLENE RUIZ | (Chapter 7) |
| Debtor. | Judge William T. Thurman |
|  | **FILED ELECTRONICALLY** |

**NOTICE OF HEARING STRICKEN WITHOUT NEW DATE**

**PLEASE TAKE NOTICE** that Stephen W. Rupp ("Trustee"), as trustee of the Chapter 7 bankruptcy estate of Morgan Kay Harris ("Debtor"), by and through legal counsel, has continued the hearing on Trustee's Objection to Exemption [ECF Docket No. 69], originally scheduled for May 25, 2022 at 1:00 PM without a new date, and the matter has been stricken from the Court's calendar.

DATED this 24th day of May, 2022

**MCKAY, BURTON & THURMAN, P.C.**

/s/ Brian J. Porter
Brian J. Porter
*Attorneys for Stephen W. Rupp, Trustee of*
*the Chapter 7 Bankruptcy Estate of*
*Morgan Kay Harris*

### CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022, I served a copy of the S foregoing **NOTICE OF HEARING STRICKEN WITHOUT NEW DATE** upon the following parties in the matter identified below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Stephen W. Rupp**   rupptrustee@mbt-law.com.
- **Stephen W. Rupp tr**   rupptrustee@mbt-law.com, UT03@ecfcbis.com.
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov.

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties were served via US MAIL, first class postage prepaid:

**Bianca Kaylene Ruiz**
1353 West Bison Drive
Riverton, UT 84065

Dated this 24th day of May, 2022

/s/ Brian J. Porter
Brian J. Porter
Attorney for Stephen W. Rupp, Chapter 7 Trustee