Bianca Kaylene Ruiz
*Self-Represented Debtor*
1353 West Bison Drive
Riverton, Utah 84065
808-250-3396
biancakayleneruiz@gmail.com



### THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re:<br>BIANCA KAYLENE RUIZ<br>Debtor. | Bankruptcy No. 21-24823<br>Chapter 7<br>Judge William T. Thurman |
|---|---|

### CERTIFICATE OF SERVICE BY MAIL

I hereby certify that on **10-19-2022**, I, Bianca Kaylene Ruiz, served a true and correct copies of the DEBTOR'S OMNIBUS OBJECTIONS TO CLAIMS 2 AND 3, DEBTOR'S MOTION FOR JUDICIAL NOTICE, NOTICE OF MOTION, and both PROPOSED ORDERS to the parties below by first-class U.S. Mail addressed to:

Stephen R. Rupp
Chapter 7 Trustee
15 W S Temple Ste 1000
Salt Lake City UT 84101

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street, Ste 300
Salt Lake City UT 84111

Jacob Ryan Ruiz
3005 Bent Oak Rd
Pensacola FL 32506

Date: 10-19-2022

/s/ 
Bianca Kaylene Ruiz
*Self-Represented Debtor*