**Form 240**[Memo Re: Fees Due]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:  
    Bianca Kaylene Ruiz  
        Debtor(s).

Case No. 21−24823 WTT  
Chapter 7

# MEMORANDUM RE: FEES DUE

Pursuant to 28 U.S.C. § 1930(b), you are required to pay a fee as follows:

    Clerk's Notice of Fees Due (related document(s):84 Amended Schedules/List of Creditors/Statements). Amount Due: $32.00. Fee due by 10/31/2022. (amo)

    This fee should be paid in full by the deadline shown above payable to the Clerk of Court for the United States Bankruptcy Court for the District of Utah (no personal checks). If fees are owed for a dismissed voluntary petition, the unpaid balance is still due and owing.

Dated: October 20, 2022

                David A. Sime  
                Clerk of Court

File all documents and mail to:

Clerk, U.S. Bankruptcy Court  
350 South Main #301  
Salt Lake City, UT 84101

United States Bankruptcy Court

District of Utah

In re:     Case No. 21-24823-WTT

Bianca Kaylene Ruiz     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 2
Date Rcvd: Oct 20, 2022     Form ID: f240     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: biancakayleneruiz@gmail.com | Oct 20 2022 23:10:00 | Bianca Kaylene Ruiz, 1353 West Bison Drive, Riverton, UT 84065-6155 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian J. Porter | on behalf of Trustee Stephen W. Rupp tr bporter@mbt-law.com |
| Stephen W. Rupp | on behalf of Trustee Stephen W. Rupp tr rupptrustee@mbt-law.com |
| Stephen W. Rupp tr | on behalf of Trustee Stephen W. Rupp tr rupptrustee@mbt-law.com UT03@ecfcbis.com |
| Stephen W. Rupp tr | rupptrustee@mbt-law.com UT03@ecfcbis.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

District/off: 1088-2     User: admin     Page 2 of 2
Date Rcvd: Oct 20, 2022     Form ID: f240     Total Noticed: 1
TOTAL: 5