Bianca Kaylene Ruiz
*Self-Represented Debtor*
1353 West Bison Drive
Riverton, Utah 84065
808-250-3396
biancakayleneruiz@gmail.com



# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re:<br>BIANCA KAYLENE RUIZ<br>    Debtor. | Bankruptcy No. 21-24823<br>Chapter 7<br>Judge William T. Thurman |
|---|---|

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Debtor Bianca Kaylene Ruiz filed her Debtor's Motion for Leave to File Time-Barred Claim.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Debtor's Omnibus Objections to Claims 2 and 3 Pursuant to 11 U.S.C. §502(b)(1) and §502(e)(1)(B), and the Debtor's Motion for Judicial Notice In Support of Debtor's Objections to Claims, will be held on _November 30, 2022  2pm_ before the Honorable William T. Thurman in the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101:

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested in the Debtor's Motion for Leave to File Time-Barred Claim, then you or your attorney must:

(1) on or before _November 26, 2022_, you must file with the Bankruptcy Court a written Objection explaining your position. Your written opposition must be filed electronically, by mail, or by hand-delivery at: United States Bankruptcy Court 350 South Main Street, Room 301 Salt Lake City, UT



84101. If you mail your opposition to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be received by the court on or before ___November 26, 2022___. You must also provide mail a copy to the debtor at: Bianca Kaylene Ruiz, 1353 West Bison Drive, Riverton, Utah 84065.

(2) attend a hearing on ___November 30, 2022 2pm___ in Judge Thurman's courtroom, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah, 84101, or via Zoom or some other electronic means given the current Covid-19 restrictions. Attendance instructions for video hearing can be obtained from the clerk of the website. There will be no further notice of the hearing and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Debtor's Motion for Leave to File Time-Barred Claim and may enter an order granting that relief. In the absence of a timely filed opposition, the undersigned may and will ask the court to enter an order granting the Debtor's Motion for Leave to File Time-Barred Claim.

Date: 11-08-2022

/s/ *[signature]*
Bianca Kaylene Ruiz
*Self-Represented Debtor*

Bianca Kaylene Ruiz
*Self-Represented Debtor*
1353 West Bison Drive
Riverton, Utah 84065
808-250-3396
biancakayleneruiz@gmail.com

---

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: <br> BIANCA KAYLENE RUIZ <br> Debtor. | Bankruptcy No. 21-24823 <br> Chapter 7 <br> Judge William T. Thurman |
|---|---|

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on **11-08-2022**, I, Bianca Kaylene Ruiz, served a true and correct copy of the NOTICE OF HEARING ON DEBTOR'S MOTION FOR LEAVE TO FILE TIME-BARRED CLAIM to the parties below by e-mail:

Stephen R. Rupp
Chapter 7 Trustee
rupptrustee@mbt-law.com

United States Trustee
USTPRegion19.SK.ECF@usdoj.gov

Date: 11-08-2022

/s/ *(signature)*
Bianca Kaylene Ruiz
*Self-Represented Debtor*