# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re: **BIANCA KAYLENE RUIZ**

Debtor(s).

Case No. **21-24823**
Chapter **7**
Trustee: **RUPP**

FILED US Bankruptcy Court-UT
NOV 9 2022 AM 11:59

## AMENDMENT DECLARATION

Please circle or underline amended material where appropriate.

1. PETITION: ☐   REOPENING: Yes ☐ No ☐   CONVERSION (13 to 7): Yes ☐ No ☐
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions **only**!

2. SCHEDULES: A ✓  B ✓  C ✓  D ☐  E ☐  F ☐  G ☐  H ☐  I ☐  J ☐
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing ✓   Adding ☐   ($30 amendment fee required for D, E, & F; OR ☐ IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: ✓
4. STATEMENT OF AFFAIRS: ☐
5. AMENDED CHAPTER 13 PLAN: ☐

> If you have amended schedules D, E, F by adding a creditor, you owe $31.00 amendment fee. Fee attached _____
>
> If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached ☐
> Reason no fee is attached _____

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

> I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
>
> /s/ Debtor    11-09-2022
> Debtor       Date          Debtor       Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes ☐ No ☐

ATTORNEY FOR DEBTOR(S) _____

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

☐ 341 Notice to creditors added by this amendment.
☐ Discharge Notice to creditors added by this amendment.
☐ Amended Chapter 13 Plan to all creditors.

DATED _____   ATTORNEY FOR DEBTOR(S) _____

Rev 12/16

15

Fill in this information to identify your case:

Debtor 1: BIANCA KAYLENE RUIZ
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: District of Utah
Case number: 21-24823 (If known)

☑ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
**Value of what you own**

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................. $ 0.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ...................................... $ 47,795.26

   1c. Copy line 63, Total of all property on *Schedule A/B* .................................................. $ 47,795.26

### Part 2: Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $ 4,013.52

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................ $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ..................... + $ 105,006.00

   **Your total liabilities** $ 109,019.52

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................ $ 3,520.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................ $ 5,320.00

Debtor 1  **BIANCA KAYLENE RUIZ**  Case number (if known) 21-24823
  First Name  Middle Name  Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. What kind of debt do you have?

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ 3,696.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)    $ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ 0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ 0.00

   9d. Student loans. (Copy line 6f.)    $ 70,474.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ 0.00

   9g. **Total.** Add lines 9a through 9f.    $ 70,474.00

Official Form 106Sum   Summary of Your Assets and Liabilities and Certain Statistical Information   page 2 of 2

**Fill in this information to identify your case and this filing:**

Debtor 1: BIANCA KAYLENE RUIZ
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: District of Utah

Case number: 21-24823

☒ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☒ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1. _____
Street address, if available, or other description

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? $_____
Current value of the portion you own? $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? $_____
Current value of the portion you own? $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

Official Form 106A/B    Schedule A/B: Property    page 1

Debtor 1  BIANCA KAYLENE RUIZ  Case number (if known) 21-24823
First Name   Middle Name   Last Name

1.3. _____
Street address, if available, or other description

_____

_____
City   State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $_____

**Current value of the portion you own?**  $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ➔ $_____

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
☐ No
☑ Yes

3.1. Make: AUDI
Model: A5
Year: 2013
Approximate mileage: 100000
Other information:
part of the community estate in my ongoing ca divorce

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $ 8,181.00
Current value of the portion you own? $ 4,090.50

If you own or have more than one, describe here:

3.2. Make: NISSAN
Model: XTERRA XE
Year: 2002
Approximate mileage: 100000
Other information:
part of the community estate in my ongoing ca divorce

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Current value of the entire property? $ 4,735.00
Current value of the portion you own? $ 2,367.50

Debtor 1 BIANCA KAYLENE RUIZ
First Name  Middle Name  Last Name

Case number (if known) 21-24823

3.3. Make: SUBARU
Model: FORESTER
Year: 2008
Approximate mileage: 100000
Other information: part of the community estate in my ongoing ca divorce

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? $ 7,383.00
Current value of the portion you own? $ 3,691.50

3.4. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information: _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $ _____
Current value of the portion you own? $ _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

4.1. Make: _____
Model: _____
Year: _____
Other information: _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $ _____
Current value of the portion you own? $ _____

If you own or have more than one, list here:

4.2. Make: _____
Model: _____
Year: _____
Other information: _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $ _____
Current value of the portion you own? $ _____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................→ $ 10,149.50

Official Form 106A/B                 Schedule A/B: Property                 page 3

Debtor 1: BIANCA KAYLENE RUIZ
Case number (if known): 21-24823

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Kids' beds etc.
   $ 200.00

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe......... iphone, ipad
   $ 200.00

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe..........
   $

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☐ Yes. Describe..........
   $

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☐ Yes. Describe..........
    $

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☐ Yes. Describe.......... EVERYDAY CLOTHES
    $ 400.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☐ Yes. Describe..........
    $

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☐ No
    ☐ Yes. Describe..........
    $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☐ Yes. Give specific information. ............
    $

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................. →
    $ 800.00

Official Form 106A/B                Schedule A/B: Property                page 4

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ................................................................................................................  Cash: ..................... $ 0.00

**17. Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | NFCU- 11-7-21- (my acct) 1/2 of 38.56 | $ 19.43 |
| 17.2. Checking account: | NFCU- 8-14-21- (hub acct) 1/2 of 2312.52 | $ 1,156.26 |
| 17.3. Savings account: | NFCU- 11-7-21- (my acct) 1/2 of 0 | $ 0.00 |
| 17.4. Savings account: | NFCU- 8-14-21- (hub acct) 1/2 of 1871.55 | $ 935.61 |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | ROBINHOOD FUNDS- HUSBAND- UNKNOWN VALI | $ 0.00 |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ..................

Institution or issuer name:
_____  $ _____
_____  $ _____
_____  $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them.....................

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | 0% % | $ _____ |
| _____ | 0% % | $ _____ |
| _____ | 0% % | $ _____ |

Debtor 1 BIANCA KAYLENE RUIZ
First Name  Middle Name  Last Name

Case number (if known) 21-24823

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them......

Issuer name:
_____ $_____
_____ $_____
_____ $_____

### 21. Retirement or pension accounts

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each account separately.

| Type of account | Institution name | |
|---|---|---|
| 401(k) or similar plan: | TSP ACCOUNT AS OF 11-10-2021 (COMMUNITY SHARE) | $ 32,906.54 |
| Pension plan: | Military Pension (hub acct)- 1/2 of no cash value | $ 0.00 |
| IRA: | | $_____ |
| Retirement account: | | $_____ |
| Keogh: | | $_____ |
| Additional account: | | $_____ |
| Additional account: | | $_____ |

### 22. Security deposits and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes..................

Institution name or individual:

| | | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

### 23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes..................

Issuer name and description:
_____ $_____
_____ $_____
_____ $_____

Official Form 106A/B                Schedule A/B: Property                page 6

Debtor 1  BIANCA KAYLENE RUIZ  Case number (if known) 21-24823
First Name   Middle Name   Last Name

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes ................................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____  $_____
_____  $_____
_____  $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them....  $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them....  $_____

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them....  $_____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ........

Federal:  $_____
State:    $_____
Local:    $_____

**29. Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☒ Yes. Give specific information..............

CHILD SUPPORT ARREARAGE AS OF 11-8-21: $ 1,727.92

HANDLED BY CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES
CASE # 200000002395702

Alimony:            $_____
Maintenance:        $_____
Support:            $  1,727.92
Divorce settlement: $_____
Property settlement: $_____

**30. Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information..............  $_____

Official Form 106A/B          Schedule A/B: Property          page 7

Debtor 1  BIANCA KAYLENE RUIZ
First Name  Middle Name  Last Name

Case number (if known) 21-24823

## Part 4: (continued)

**31. Interests in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
☐ Yes. Give specific information............... _____  $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☐ Yes. Describe each claim. ................... _____  $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
☒ Yes. Describe each claim. ................... CLAIMS AGAINST HUSBAND JACOB RYAN RUIZ FOR DEBTS I INCURRED DURING MARRIAGE WHICH ARE NOT YET CALCULATED  $ UNKNOWN

**35. Any financial assets you did not already list**
☐ No
☐ Yes. Give specific information............ _____  $_____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here .................................................................... →  $ 36,745.76

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☐ No
☐ Yes. Describe....... _____  $_____

**39. Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☐ Yes. Describe....... _____  $_____

Official Form 106A/B  Schedule A/B: Property  page 8

Debtor 1　BIANCA KAYLENE RUIZ
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) 21-24823

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
　☐ No
　☐ Yes. Describe....... _____　$_____

41. **Inventory**
　☐ No
　☐ Yes. Describe....... _____　$_____

42. **Interests in partnerships or joint ventures**
　☐ No
　☐ Yes. Describe.......
　　Name of entity:　　　　　　　　　　　　　　% of ownership:
　　_____　_____%　$_____
　　_____　_____%　$_____
　　_____　_____%　$_____

43. **Customer lists, mailing lists, or other compilations**
　☐ No
　☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
　　☐ No
　　☐ Yes. Describe........ _____　$_____

44. **Any business-related property you did not already list**
　☐ No
　☐ Yes. Give specific information .........
　　_____　$_____
　　_____　$_____
　　_____　$_____
　　_____　$_____
　　_____　$_____
　　_____　$_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ......................................................................................... →　$_____

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
　☒ No. Go to Part 7.
　☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
　*Examples*: Livestock, poultry, farm-raised fish
　☐ No
　☐ Yes....................... _____　$_____

Official Form 106A/B　　　Schedule A/B: Property　　　page 9

Debtor 1  BIANCA KAYLENE RUIZ
          First Name   Middle Name   Last Name

Case number (if known) 21-24823

48. **Crops—either growing or harvested**
    ☐ No
    ☐ Yes. Give specific information............
    $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ☐ Yes...................
    $_____

50. **Farm and fishing supplies, chemicals, and feed**
    ☐ No
    ☐ Yes...................
    $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☐ No
    ☐ Yes. Give specific information............
    $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ................ →
    $_____

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information............
    $_____
    $_____
    $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ................ →  $         0.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ................................................................ →  $         0.00
56. Part 2: Total vehicles, line 5                                   $    10,149.50
57. Part 3: Total personal and household items, line 15             $       900.00
58. Part 4: Total financial assets, line 36                         $    36,745.76
59. Part 5: Total business-related property, line 45                $         0.00
60. Part 6: Total farm- and fishing-related property, line 52       $         0.00
61. Part 7: Total other property not listed, line 54              + $         0.00
62. **Total personal property.** Add lines 56 through 61. ............  $    47,795.26   Copy personal property total → + $    47,795.26

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 ....................  $    47,795.26

Official Form 106A/B          Schedule A/B: Property          page 10

**Fill in this information to identify your case:**

Debtor 1: BIANCA KAYLENE RUIZ
 First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Utah

Case number (If known): 21-24823

☒ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2013 AUDI A5  Line from *Schedule A/B*: 3 | $4,090.50 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | U.C.A. § 78B-5-506 |
| Brief description: ELECTRONICS  Line from *Schedule A/B*: 7 | $200.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | U.C.A. § 78B-5-505 |
| Brief description: CLOTHES  Line from *Schedule A/B*: 11 | $400.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | U.C.A. § 78B-5-505 |

3. Are you claiming a homestead exemption of more than $155,675?
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 2

Debtor 1  BIANCA KAYLENE RUIZ  
First Name  Middle Name  Last Name

Case number (if known) 21-24823

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: NFCU (MY ACCT) <br> Line from Schedule A/B: 17.1 | $ 19.43 | ☒ $ 19.43 <br> ☐ 100% of fair market value, up to any applicable statutory limit | U.C.A. § 78B-5-505 |
| Brief description: TSP (ROTH&TRAD) <br> Line from Schedule A/B: 21 | $ 32,906.54 | ☒ $ 16,453.27 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. §541(c)(2); 5 U.S.C. §8437(e),(f),(g). |
| Brief description: FAMILY SUPPORT <br> Line from Schedule A/B: 29 | $ 1,727.92 | ☒ $ 1,727.92 <br> ☐ 100% of fair market value, up to any applicable statutory limit | U.C.A. § 78B-5-505 |
| Brief description: BEDS, ETC <br> Line from Schedule A/B: 6 | $ 200.00 | ☒ $ 200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | U.C.A. § 78B-5-505 |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 2 of 2