Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
15 West South Temple, Suite 1000
Salt Lake City, UT  84101
Telephone:  (801) 521-4135
Telefax: (801) 521-4252
Email: srupp@mbt-law.com

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | : Bankruptcy No.  21-24823 |
| | (Chapter 7) |
| BIANCA KAYLENE RUIZ, | : |
| | Honorable William T. Thurman |
| Debtor. | : |

### NOTICE OF MOTION FOR TURNOVER ORDER AND
### NOTICE OF OPPORTUNITY FOR HEARING
(<u>Objection Deadline:    December 27, 2022</u>)

<u>**Your rights may be affected**</u>.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

On December 8, 2022, Stephen W. Rupp, Trustee of the Chapter 7 bankruptcy estate of Bianca Kaylene Ruiz filed papers with the Court including *Motion For Turnover Order* (the "Motion").  The Motion requests that the Court enter an order for turnover of a 2013 Audi A5 and its title or $5,181.00 and turnover of $2,350.00 the balance of the estate's portion of the debtor's 2021 tax refunds.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN

OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to approve the Motion or if you want the Court to consider your views on the Motion then you or your attorney must file with the Court, prior to **December 27, 2022** (the "Objection Deadline"), a written response explaining your position.

Your written response must be filed with the Court at the following address:

United States Bankruptcy Court
Frank E. Moss Building
350 South Main Street, #301
Salt Lake City, Utah 84101

If you mail your response to Court for filing, you must mail it early enough so the Court will receive it on or before the Objection Deadline stated above. You must also mail a copy to:

Stephen W. Rupp
MCKAY, BURTON & THURMAN
15 West South Temple, Suite 1000
Salt Lake City, UT 84101

You must also attend the hearing on the Motion before the Honorable William T. Thurman, U.S. Bankruptcy Court Judge, scheduled to be held on **January 4, 2023** at **2:00 p.m.** The hearing, if held, will be a telephonic hearing. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/teleconference-information for the most up-to-date information regarding telephonic participation at a hearing. At the time of this Notice, parties wishing to participate in hearings before the Honorable

William T. Thurman should call into the number below at least ten (10) minutes before the scheduled date and time for the hearing:

    Telephone Number; (636) 651-3182

    Access Code: Judge Thurman (WTT) 9626637#

**There will be no further notice of the hearing,** and failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the requested relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the motion without hearing.

    DATED this 8th day of December, 2022.

                                            McKAY, BURTON & THURMAN

                                            By    /s/ Stephen W. Rupp
                                                     Stephen W. Rupp
                                                     Attorneys for Trustee

## CERTIFICATE OF SERVICE - BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on December 8, 2022, I electronically filed the foregoing *Notice of Trustee's Motion For Turnover Order and Notice of Opportunity For Hearing* with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

United States Trustee USTPRegion19.SK.ECF@usdoj.gov

      I hereby certify that on December 8, 2022, I caused to be served a true and correct copy of the foregoing *Notice of Trustee's Motion For Turnover Order and Notice of Opportunity For Hearing* as follows:

**Mail Service - By regular first class United States Mail, postage fully pre-paid, addressed to:**

Bianca Kaylene Ruiz

1353 West Bison Drive

Riverton, UT 84065

                                  /s/   Karin Powell