**This order is SIGNED.**

**Dated: December 20, 2022**



WILLIAM T. THURMAN
U.S. Bankruptcy Judge

kw

*Order Prepared and Submitted By:*

Stephen W. Rupp (2824)
**McKAY, BURTON & THURMAN**
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Telefax (801) 521-4252
Email: srupp@mbt-law.com

*Proposed Attorneys for Stephen W. Rupp, Chapter 7 Trustee
of the Chapter 7 Bankruptcy Estate of Bianca Kaylene Ruiz*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re: | : Bankruptcy No.21-24823 |
|---|---|
|  | :         (Chapter 7) |
| BIANCA KAYLENE RUIZ, | : Honorable William T. Thurman |
|  | : |
| Debtor. | : |

**ORDER GRANTING APPLICATION OF STEPHEN W. RUPP, CHAPTER 7
TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT
OF McKAY, BURTON & THURMAN AS COUNSEL FOR THE TRUSTEE**

The matter before the Court is the Application of Stephen W. Rupp, Chapter 7 Trustee, for Entry of an Order Authorizing the Employment of McKay, Burton & Thurman as counsel for the Trustee [Docket No. 108] (the "Application"). The Application was properly served through

2

the Court's CM/ECF system on all parties that have requested electronic service in this case, and no further notice of the Application is required. No responses to the Application have been filed.

The Court has reviewed the Application and the Declaration of Stephen W. Rupp filed in the support of the Application [Docket No. 109] as well as applicable law. Based thereon, the Court finds that the employment of McKay, Burton & Thurman as the Trustee's counsel is in the best interests of the bankruptcy estate. For these reasons, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Application is GRANTED; and

2. The Trustee is authorized under 11 U.S.C. §327 and Federal Rule of Bankruptcy Procedure 2014 to employ McKay, Burton & Thurman.

-------------------------------------------END OF DOCUMENT-------------------------------------------

3

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing *Order Granting Application of Stephen W. Rupp, Chapter 7 Trustee, For Entry of an Order Authorizing the Employment of McKay, Burton & Thurman* shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Stephen W. Rupp tr rupptrustee@mbt-law.com, UT03@ecfcbis.com

United States Trustee USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R.Civ.P.5(b):

Bianca Kaylene Ruiz
1353 West Bison Drive
Riverton, UT 84065

/s/ Deputy Clerk