**This order is SIGNED.**

**Dated: February 21, 2023**

*William J. Thurman*
WILLIAM T. THURMAN
U.S. Bankruptcy Judge



slo

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>BIANCA KAYLENE RUIZ,<br><br>Debtor. | Bankruptcy Number: 21-24823<br><br>Chapter 7<br><br>Hon. William T. Thurman |

### ORDER SETTING HEARING ON DEBTOR'S MOTION TO WAIVE APPEAL FEE (IFP) (DOCKET NO. 140)

On February 17, 2023, Bianca Kaylene Ruiz, the Debtor, filed a Motion to Waive Appeal Fee (IFP). *See Docket No. 140*. The Court finds it necessary to hold a hearing on the Motion. Therefore, based on the foregoing and for good cause appearing, the Court **HEREBY ORDERS**:

1. A hearing shall be held on the Motion (Docket No. 140) on **March 2, 2023 at 2:00 p.m.** before the Honorable William T. Thurman. The Court hearing will be conducted by telephone in accordance with General Order 20-006. To appear and participate in the hearing, dial the call-

in number at (636) 651-3182 followed by the access code 9626637#. The parties should consult the Utah Bankruptcy Court's website for more information on how to appear telephonically.[1]

-----------------------------------END OF DOCUMENT------------------------------------

---

[1] https://www.utb.uscourts.gov/teleconference-information

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER SETTING HEARING ON DEBTOR'S MOTION TO WAIVE APPEAL FEE (IFP) (DOCKET NO. 140)** will be effected to the parties and in the manner designated below:

**By Electronic Service:**

- Brian J. Porter    bporter@mbt-law.com
- Stephen W. Rupp    rupptrustee@mbt-law.com
- Stephen W. Rupp tr    rupptrustee@mbt-law.com, UT03@ecfcbis.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Bianca Kaylene Ruiz
1353 West Bison Drive
Riverton, UT 84065