**This order is SIGNED.**

**Dated: February 21, 2023**

WILLIAM T. THURMAN
U.S. Bankruptcy Judge



slo

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>BIANCA KAYLENE RUIZ,<br><br>Debtor. | Bankruptcy Number: 21-24823<br><br>Chapter 7<br><br>Hon. William T. Thurman |

**ORDER SETTING HEARING ON DEBTOR'S MOTION TO
WAIVE APPEAL FEE (IFP) (DOCKET NO. 140)**

On February 17, 2023, Bianca Kaylene Ruiz, the Debtor, filed a Motion to Waive Appeal Fee (IFP). *See Docket No. 140*. The Court finds it necessary to hold a hearing on the Motion. Therefore, based on the foregoing and for good cause appearing, the Court **HEREBY ORDERS**:

1. A hearing shall be held on the Motion (Docket No. 140) on **March 2, 2023 at 2:00 p.m.** before the Honorable William T. Thurman. The Court hearing will be conducted by telephone in accordance with General Order 20-006. To appear and participate in the hearing, dial the call-

in number at (636) 651-3182 followed by the access code 9626637#. The parties should consult the Utah Bankruptcy Court's website for more information on how to appear telephonically.[1]

----------------------------------END OF DOCUMENT----------------------------------

---

[1] https://www.utb.uscourts.gov/teleconference-information

____ooo0ooo_____

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER SETTING HEARING ON DEBTOR'S MOTION TO WAIVE APPEAL FEE (IFP) (DOCKET NO. 140)** will be effected to the parties and in the manner designated below:

**By Electronic Service:**

- Brian J. Porter    bporter@mbt-law.com
- Stephen W. Rupp    rupptrustee@mbt-law.com
- Stephen W. Rupp tr    rupptrustee@mbt-law.com, UT03@ecfcbis.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Bianca Kaylene Ruiz
1353 West Bison Drive
Riverton, UT 84065

United States Bankruptcy Court

District of Utah

In re:     Case No. 21-24823-WTT

Bianca Kaylene Ruiz     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 2
Date Rcvd: Feb 21, 2023     Form ID: pdfor1     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: biancakayleneruiz@gmail.com | Feb 22 2023 03:26:00 | Bianca Kaylene Ruiz, 1353 West Bison Drive, Riverton, UT 84065-6155 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian J. Porter | on behalf of Trustee Stephen W. Rupp tr bporter@mbt-law.com |
| Stephen W. Rupp | on behalf of Trustee Stephen W. Rupp tr rupptrustee@mbt-law.com |
| Stephen W. Rupp tr | on behalf of Trustee Stephen W. Rupp tr rupptrustee@mbt-law.com UT03@ecfcbis.com |
| Stephen W. Rupp tr | rupptrustee@mbt-law.com UT03@ecfcbis.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

| District/off: 1088-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 21, 2023 | Form ID: pdfor1 | Total Noticed: 1 |

TOTAL: 5