UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

## NOTICE OF TRANSCRIPT ORDER FORM - APPEAL

To be completed by appellant within ten days of filing of notice of appeal. To be completed by appellee within ten days after service. Form to be transmitted to transcriptionist AND filed with the Clerk's office.(F.R.B.P. 8009.)

☒ Appellant will pay cost of transcript        ☐ Appellee will pay cost of transcript

Case Name: Bianca Kaylene Ruiz        Bankruptcy Court Number: 21-24823

Name of Attorney: Bianca Kaylene Ruiz, pro se

Name of Law Firm: N-A

Address of Firm: 1353 W Bison Dr, Riverton, UT 84065    Telephone of Firm: 808-250-3396

Attorneys for: Bianca Ruiz, Debtor-Appellant

Name & Phone # of Transcriptionist: DepomaxMerit Litigation Services, 801-328-1188

Title of Proceeding: Trustee's Motion for Turnover; Trustee's Motion to Approve Settlement

Date of Proceeding: 02-16-2023

Portion Requested:    ☐ Opening Statements        ☒ Entire Proceeding
                      ☐ Closing Arguments         ☐ Other _____

### CERTIFICATE OF COMPLIANCE

My signature on this form constitutes my agreement to pay for the transcript ordered on this form. I also certify that copies of this transcript order form have been served on the transcriptionist, the Clerk of the United States Bankruptcy Court, and all parties as appropriate. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the transcriptionist.

Signature of Ordering Party /s/ Bianca Kaylene Ruiz    Date: 03-30-2023

TO BE COMPLETED BY THE TRANSCRIPTIONIST

Date request received: 4/3/23    Date arrangements for payment completed: 4/3/23

Estimated completion date: 4/17/23    Estimated number of pages: _____

I certify that I have read this Notice and that adequate arrangements for payment have been made.

Signature of Transcriptionist: [signature]    Date: 4/3/23

Rev 10/2006